RECEIVED
IN ALEXANDRIA, LA

OCT 1 8 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RAYMOND LEE CLIFTON          DOCKET NO. 10-CV-1243; SEC. P
     FED. REG. NO. 00888-089

VERSUS          JUDGE DEE D. DRELL

HARLEY LAPPIN, ET AL.          MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. #2] is **DENIED**. **IT IS FURTHER ORDERED** that Plaintiff's complaint [Doc. #1] is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 18th day of October, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE